**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Quincy Demond POWELL,
Defendant–Appellant.**

No. 03–6191.

United States Court of Appeals,
Fourth Circuit.

Submitted April 17, 2003.

Decided April 23, 2003.

Quincy Demond Powell, Appellant pro se. Donald Ray Wolthuis, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before WIDENER, WILLIAMS, and MOTZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Quincy Demond Powell appeals the district court's order denying his motions to proceed in forma pauperis and for discovery under Fed.R.Crim.P. 16. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis in this court and dismiss on the reasoning of the district court. *See United States v. Powell*, No. CR–00–52 (W.D.Va. Jan. 27, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court

and argument would not aid the decisional process.

*DISMISSED.*